IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DOMINIQUE MICHAEL BUCKNER,

Defendant.

3:18-CR-00349
(JUDGE MARIANI)

## ORDER

AND NOW, THIS ___ DAY OF JANUARY, 2020, upon consideration of Defendant Dominique Michael Buckner's pre-trial motions (Docs. 20, 21, 22, 23, 24, 25, 26), for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Compel Disclosure of Confidential Informant (Doc. 20) is **DENIED**.

2. Defendant's Motion for Discovery Pursuant to Rule 16 (Doc. 21) is **DENIED**.

3. Defendant's Motion for Grand Jury Transcripts (Doc. 22) is **DENIED**.

4. Defendant's Motion for Disclosure Pursuant to Rules 404(b) and 609 of Federal Rules of Evidence (Doc. 23) is **GRANTED AS LIMITED**:

    a. The Government shall produce all Fed. R. Evid. 404(b) evidence of which it is aware and that it intends to offer at trial no later than **ten calendar days** prior to trial.

b. To the extent that the Government has, or becomes aware of, any evidence which falls within the ambit of Fed. R. Evid. 609(b), it shall provide Defendant with written notice of its intent to use such evidence at trial no later than **ten calendar days** prior to trial.

5. Defendant's Motion for Disclosure Pursuant to Federal Rule of Evidence 807 (Doc. 24) is **GRANTED AS LIMITED**: The Government shall provide written notice of its intent to offer any Rule 807 statement and its particulars no later than **ten calendar days** before trial.

6. Defendant's Motion for Bill of Particulars (Doc. 25) is **DENIED**.

7. Defendant's Motion for Expert Information Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure (Doc. 26) is **GRANTED AS LIMITED**:

   a. The Government shall provide Defendant with a copy of Jennifer Libus' resume and qualifications as soon as practicable.

   b. Should any additional expert witnesses be identified whose testimony the Government intends to use in its case in chief, it shall timely disclose that information to the defense in accordance with the Federal rules.

8. To the extent that the Government has not already done so, the Government shall turn over any and all information which meets the *Brady, Giglio*, and *Jencks* Act standards for disclosure at the appropriate time and shall fully comply with its duty

to learn of any as-yet-unknown evidence properly disclosable under *Brady, Giglio,* and the *Jencks* Act.

9. A separate Order scheduling the above-captioned action for trial shall follow.

_____
Robert D. Mariani
United States District Judge